### STATE, EX REL. ATTORNEY GENERAL v. ALÁBAMA GREAT SOUTHERN RY. CO.

(Decided May 11, 1916.   Rehearing denied June 30, 1916.

Appeal from Etowah Chancery Court.
Heard before Hon. W. W. Whiteside.
W. L. Martin, Attorney General, for State.   Goodhue & Brindley, for appellee.
Anderson, C. J.—Affirmed on direct appeal, on cross appeal affirmed in part, and in part reversed and rendered upon authority of *State, ex rel. Atty. Gen. v. L. & N. R. R. Co., infra,* 72 South. 494.
Mayfield, Somerville and Thomas, JJ., concur.

---

### STATE, EX REL. ATTORNEY GENERAL v. SOUTHERN RAILWAY CO.

(Decided May 11, 1916.   Rehearing denied June 30, 1916.

Appeal from Etowah Chancery Court.
Heard before Hon. W. W. Whiteside.
W. L. Martin, Attorney General, for State.   Claudian B. Northrop, J. T. Stokely, and Knox, Acker, Dixon & Sterne, for appellee.
Anderson, C. J.—Affirmed on direct appeal, on cross appeal affirmed in part, and in part reversed and rendered upon authority of *State, ex rel. Atty. Gen. v. L. & N. R. R. Co., infra,* 72 South. 494.
Mayfield, Somerville and Thomas, JJ., concur.